UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:23-cr-233-CEM-RMN

CHADWICK LEMAINE

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    IS            related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Action upon each party no later than eleven days after appearance of the party.

Dated:   March 22, 2024

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:  */s/ Adam J. Nate*
     Adam J. Nate
     Assistant United States Attorney
     FL Bar No. 77004
     400 W. Washington Street, Suite 3100
     Orlando, Florida 32801
     Telephone:   (407) 648-7500
     E-mail: Adam.nate@usdoj.gov

U.S. v. CHADWICK LEMAINE          Case No. 6:23-cr-233-CEM-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joshua Roy Lukman
Defense Counsel

                                              /s/ *Adam J. Nate*
                                              Adam J. Nate
                                              Assistant United States Attorney
                                              FL Bar No. 77004
                                              400 W. Washington Street, Suite 3100
                                              Orlando, Florida 32801
                                              Telephone:   (407) 648-7500
                                              E-mail: Adam.nate@usdoj.gov